IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG (CHARLOTTESVILLE) DIVISION

IN RE:     Tiffany April Adams,     Chapter 13 Case No. 08-62516

         Debtor.

TIFFANY APRIL ADAMS,
         Plaintiff,

v.     Adversary Proceeding No. 08-06125

IO, INC.
t/a RECEIVABLES MANAGEMENT SYSTEMS,
         Defendant

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, and to enable Judges to evaluate possible disqualifications or recusal, the undersigned counsel for IO, Inc. in the above captioned action certifies that there are no entities to report under this subdivision.

         IO, INC.

         By: /S/ Jonathan B. Macdonald
            Jonathan B. Macdonald
            Of Counsel

William F. Seymour, IV (VSB #21763)
Jonathan B. Macdonald (VSB #20747)
CHERRY, SEYMOUR & HUNDLEY, P.C.
4908 Monument Avenue, Suite 200
Richmond, Virginia 23230-3613
Telephone: (804) 257-9899
Facsimile: (804) 257-9813
wseymour@cherryseymourhundley.com
jmacdonald@cherryseymourhundley.com
  *Counsel for IO, Inc*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of December, 2008, I electronically filed the foregoing Corporate Ownership Statement with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing (NEF) to the following counsel of record:

> Marshall M. Slayton, VSB # 37362
> C. Connor Crook, VSB # 71599
> Boyle, Bain, Reback & Slayton
> 420 Park Street
> Charlottesville, VA 22902
> *Counsel for Plaintiff Debtor*

And I certify that I will mail the document by U.S. Mail to the following non-filing user:

> Mr. Herbert L. Beskin
> P.O. Box 2103
> Charlottesville, VA 22902
> *Counsel to Bankruptcy Trustee - UIEB*

> S/ Jonathan B. Macdonald
> Jonathan B. Macdonald (VSB # 36747)
> CHERRY, SEYMOUR & HUNDLEY, P.C.
> 1908 Monument Avenue, Suite 200
> Richmond, Virginia 23230-3613
> Telephone: (804) 287-9800
> Facsimile: (804) 287-9853
> jmacdonald@cherryseymourhundley.com
> *Counsel for TD, Inc.*

Page 2 of 2