IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG (CHARLOTTESVILLE) DIVISION

IN RE:     Tiffany April Adams.              Chapter 13 Case No. 08-62516

    Debtor

TIFFANY APRIL ADAMS,

    Plaintiff,

v.                                                                  Adversary Proceeding No. 08-06125

I O , INC.
t/a RECEIVABLES MANAGEMENT SYSTEMS,

    Defendant.

## ORDER DISMISSING COMPLAINT

It appearing to the Court that the Plaintiff desires to dismiss this cause of action, it is hereby

ORDERED that the Complaint be and hereby is dismissed, without prejudice.

And this cause is ended.

Entered:  May 26, 2009.

                                                    U.S. Bankruptcy Judge

I ASK FOR THIS:

 /s/ C. Connor Crook
MARSHALL M. SLAYTON, VSB # 37362
C. CONNOR CROOK, VSB # 71599
BOYLE, BAIN, REBACK & SLAYTON
420 Park Street
Charlottesville, VA  22902
Phone:  (434) 979-7900
Counsel for Plaintiff

K:\Home\Marshall\Client Files\Adams, Tiffany\
AP v. Receivables Management Systems\
Order Dismissing Complaint.doc

1